JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA VALDEZ and JUAN DE LA TORRE,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-10645-SVW-PDx<br><br>**JUDGMENT**<br><br>US District Judge Stephen V. Wilson<br>Magistrate Judge Patricia Donahue |

Good cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

Judgment is hereby entered against Defendant FCA US LLC in favor of Plaintiffs, Alexandra Valdez and Juan De La Torre.

-1-

[PROPOSED] JUDGMENT

     Defendant FCA US LLC shall pay the sum of $32,341.00 to Plaintiffs as the total amount to be paid by FCA US on account of any liability claimed in this action, with the return of the subject vehicle (2019 Ram Truck Promaster, VIN 3C6TRVAG3KE505737) by Plaintiffs to FCA US, or its authorized representative with clear title, current registration and free of any liens or encumbrances.

     The foregoing sum shall be paid ninety (90) days from the date Plaintiffs' Acceptance of FCA US's Rule 68 Offer of Judgment is executed and served by Plaintiffs. During this period, no interest will accrue on this sum.

     In addition, Defendant FCA US LLC will pay Plaintiffs and their attorneys Romano Stancroff PC a sum equal to the aggregate amount of costs and expenses, including attorney's fees based on actual time reasonably incurred in connection with the commencement and prosecution of this action pursuant to Civil Code Section 1794(d), to be determined by the court if the parties cannot agree.

IT IS SO ORDERED.

Dated: January 19, 2021



*PM Cruz*
Paul Cruz, Deputy Clerk

[PROPOSED] JUDGMENT